IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN E. YERGER,<br><br>*Petitioner*,<br><br>v.<br><br>TINA WALKER, et al.,<br><br>*Respondents*. | Case No. 2:21-cv-01812-JDW |

### ORDER

**AND NOW**, this 13th day of February, 2025, upon consideration of Warren Yerger's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1) and his Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 24), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Mr. Yerger's Objections To Magistrate's Report And Recommendation (ECF No. 36) are **OVERRULED**;

2. The Report and Recommendation dated August 21, 2024 (ECF No. 31) is **APPROVED** and **ADOPTED**;

3. Mr. Yerger's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1) and his Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 24) are **DENIED**;

4. A Certificate of Appealability **SHALL NOT ISSUE**; and

5. The Clerk of Court shall mark this case closed.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**